HENRY SCHILLING, Respondent, *v.* THE BOSTON AND ALBANY RAILROAD COMPANY, Appellant.

(Argued September 25, 1878; decided October 4, 1878.)

*John Cadman* for appellant.

*H. W. McClellan* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and EARL, JJ., absent.
Judgment affirmed.

---

CATHARINE FLEMING as Administratrix, etc., Appellant, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Respondent.

(Argued September 26, 1878; decided October 4, 1878.)

*E. P. Wilder* for appellant.

*Winchester Britton* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and EARL, JJ., absent.
Judgment affirmed.

---

JOHN H. EARLE, Respondent, *v.* THE NEW YORK LIFE INSURANCE COMPANY, Appellant.

(Argued September 27, 1878; decided October 4, 1878.)

*Fullerton, Knox & Crosby* for appellant.

*Raphael J. Moses, Jr.,* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and EARL, JJ., absent.
Judgment affirmed.